PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamaghen Mays                                Cr.: 99-CR-00021-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 8/26/99

Original Offense: Possession of a Firearm by a Convicted Felon.

Original Sentence: 82 Months Custody, 3 Years Supervised Release.

Type of Supervision: Supervised Release                        Date Supervision Commenced: 3/3/06

Assistant U.S. Attorney: Luis Valentin                         Defense Attorney: Tonianne Bongiovani

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
| | The offender has failed to attend outpatient drug treatment appointments at Christ Hospital on January 25, 2007, February 1, 2007, and thereafter. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has failed to report to the probation office on February 1, 2007, February 13, 2007, February 20, 2007, and thereafter. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 4/28/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

14 May 07
Date